**Order entered February 8, 2021**



In the
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-20-00190-CV

## CHRIS CARTER AND KAREN PIERONI, Appellants

## V.

## DALLAS CITY PLAN COMMISSION AND CITY OF DALLAS, Appellees

**On Appeal from the 14th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-19-07054**

## ORDER

This appeal was submitted on January 27, 2021, and is currently pending. Before the Court is appellants' February 5, 2021 "Opposed Motion to Allow Additional Briefing on Jurisdiction." After due consideration, we **DENY** appellants' motion.

/s/    CORY L. CARLYLE
        JUSTICE